1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   MELVIN L. JOHNSON,                          CASE NO. C24-0934JLR

11                          Plaintiff,           ORDER

12            v.

13   DEPARTMENT OF VETERANS
     AFFAIRS,

14
                           Defendant.

15
16      Before the court is *pro se* Plaintiff Melvin L. Johnson's amended complaint.  (Am.

17   Compl. (Dkt. # 8).)  The court previously dismissed Mr. Johnson's complaint pursuant to

18   28 U.S.C. § 1915(e)(2) because he (1) failed "to name the head of the [Department of

19   Veterans Affairs ('VA')] as the defendant rather than the agency itself," and (2) "the

20   factual allegations in his complaint fail[ed] to meet minimum pleading requirements."

21   (7/31/24 Order (Dkt. # 7) at 5-6.  *See generally* Compl. (Dkt. # 5).)  Having reviewed Mr.

22   Johnson's amended complaint, the court concludes that it remains deficient for the same

1   reasons.  Thus, pursuant to 28 U.S.C. § 1915(e)(2), the court dismisses Mr. Johnson's

2   complaint with leave to file a second amended complaint.

3          Mr. Johnson's amended complaint appears to be the same complaint he submitted

4   before with additional handwriting on it.  Mr. Johnson has added several defendants to

5   his complaint, none of whom are Denis R. McDonough, Secretary of the VA.  (*See* Am.

6   Compl. at 3.)  The court explicitly instructed Mr. Johnson to name Secretary McDonough

7   as the sole defendant in his amended complaint (7/31/24 Order at 8), which he has failed

8   to do.  The court therefore dismisses Mr. Johnson's amended complaint on this ground.

9          Moreover, Mr. Johnson has not added any additional factual allegations to his

10  complaint or provided additional clarification as to what claim(s) he is bringing.

11  (*Compare* Compl., *with* Am. Compl.)  Mr. Johnson attached a 75-page exhibit to his

12  complaint, comprising a "timeline for the event[s] that took place at the Puget Sound

13  Veterans Hospital of Seattle, Washington on January 31st 2020 and what lead [*sic*] up to

14  it prior," as well as several documents, most of which  are VA documents that concern

15  Mr. Johnson's prior administrative case.  (*See generally* Ex. (Dkt. # 8-1).)  Even if the

16  court were to consider this exhibit as part of Mr. Johnson's complaint and liberally

17  construe his complaint as pleading claims for hostile work environment and wrongful

18  termination under Title VII, Mr. Johnson's timeline still fails to plead that he belongs to a

19  protected class.  (*See generally id.*; Am. Compl.  *See also* 7/31/24 Order at 7 (explaining

20  why Mr. Johnson's prior complaint failed to state a claim for hostile work environment or

21  wrongful termination).)  The court therefore dismisses Mr. Johnson's amended complaint

22  on this ground as well.

1          Accordingly, the court DISMISSES Mr. Johnson's amended complaint (Dkt. # 8)

2  without prejudice and with leave to amend.  The court will give Mr. Johnson one more

3  opportunity to remedy his complaint.  Mr. Johnson must, by no later than **September 27,**

4  **2024**, draft and file a second amended complaint that (1) names Secretary McDonough as

5  the sole defendant; (2) identifies the claim(s) he is bringing; and (3) includes short, plain

6  statements setting forth:  (a) the legal basis for his claim(s); (b) exactly what the VA did

7  or failed to do and when that conduct occurred; (c) how the VA's actions or inactions are

8  connected to his legal claim(s) (i.e., how he was discriminated against); and (d) the

9  specific injury or injuries he suffered as a result of the VA's conduct and when he

10  suffered it.  The court warns Mr. Johnson that if he fails to timely file a second amended

11  complaint that cures the deficiencies identified herein and in the court's July 31, 2024

12  order, the court will dismiss the complaint and this action with prejudice and without

13  leave to amend.

14          Dated this 4th day of September, 2024.

15

16                         JAMES L. ROBART
                             United States District Judge

17

18

19

20

21

22