UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN L. JOHNSON,<br><br>           Plaintiff,<br><br>   v.<br><br>DENNIS R. MCDONOUGH,<br><br>           Defendant. | CASE NO. C24-0934JLR<br><br>ORDER |

Before the court is Plaintiff Melvin L. Johnson's motion for default judgment. (Mot. (Dkt. # 28).) Mr. Johnson seeks entry of judgment against Defendant Dennis R. McDonough, Secretary of the United States Department of Veterans Affairs, for damages that he alleges resulted when he was subjected to a hostile work environment on the basis of his race and termination in retaliation for reporting that harassment. (*Id.*; *see* 2d Am. Compl. (Dkt. # 17).)

Federal Rule of Civil Procedure 55 sets forth a two-step process for entry of default judgment. *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). The

plaintiff must first obtain entry of default against the defendant. *See* Fed. R. Civ. P. 55(a). Only after the clerk enters default may the plaintiff move for entry of default judgment. *See* Fed. R. Civ. P. 55(b). Here, Mr. Johnson did not move for entry of default before he filed his motion for default judgment. (*See generally* Dkt.) Therefore, the court DENIES Mr. Johnson's motion for default judgment (Dkt. # 28).

Dated this 18th day of July, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2